IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:13MJ180** |
| vs. | |
| **JORGE ANTONIO GONZALEZ-MARTINEZ,** | **ORDER** |
| Defendant. | |

This matter is before the court on the United States' Request for Release (Filing No. 9).  The Request is granted.  The individual identified as Juan Bernabe Pelico-Sontay shall be released from custody by the United States Marshal forthwith.

**IT IS SO ORDERED.**

Dated this 4th day of June, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge